UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62827-CIV-GAYLES/TURNOFF

**HOWARD COHAN**,

    Plaintiff,

v.

**RENTALS VACATION PROPERTY, LLC** d/b/a
**LBS VILLA**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [D.E. 5]. Based thereon, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party bearing their own fees and costs.  It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of January, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
        All Counsel of Record